United States District Court
Southern District of Texas
FILED

MAY 1 5 2008

Michael N. Milby Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   Criminal No. 7:08-PO-03219 |
| | § |
| Angel GUTIERREZ-Flores | § |

## ORDER

Came on to be considered Government's Motion to Dismiss Criminal Complaint numbered 7:08-PO-03219 without prejudice against Angel GUTIERREZ-Flores for the stated reason that the government no longer wishes to prosecute defendant Angel GUTIERREZ-Flores. It is the opinion of this Court that said motion should be GRANTED.

It is ORDERED that the Criminal Complaint numbered 7:08-PO-03219 against Angel GUTIERREZ-Flores be dismissed without prejudice.

It is further ORDERED that a copy of this Order be given to the U.S. Marshals Service and counsel for the Government.

SIGNED at McAllen, Texas on this the 15th day of May, 2008.

PETER ORMSBY
UNITED STATES MAGISTRATE JUDGE